

**ORDERED in the Southern District of Florida on July 12, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                            CASE NO. **19-24755-EPK**

**STEVEN J. HERZLICH**                            Chapter 7
**MORGAN R. HERZLICH,**

      **Debtors.**

_____/

## ORDER AWARDING FINAL TRUSTEE FEES AND EXPENSES [ECF#29]

THIS MATTER came before the Court upon the Final Application for Compensation and Expenses [ECF#41] filed by the Trustee, DEBORAH C. MENOTTE. The Court having considered the fee application presented and having considered all relevant material thereto, finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code. Therefore, it is **ORDERED** as follows:

1. The Trustee, DEBORAH C. MENOTTE, is allowed total final fees of **$1,650.00**

and total final expenses of **$258.92** which includes the fees and expenses sought in the pending application and all previously awarded interim fees and expenses, if any.

2.  The Trustee is authorized to make the balance of payments set forth in this order or to pay the awards pro rata if there are insufficient funds.

In allowing the foregoing fees, the Court has considered the criteria specified in 11 U.S.C. §§326 and 330, and the requirements of Bankruptcy Rule 2016.

###

Submitted by:

Deborah C. Menotte, Chapter 7 Trustee
P O Box 211087
W Palm Beach, FL 33421
dmenotte@gmail.com

**Deborah Menotte, Trustee shall serve a copy of the signed order on all required parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).**